# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC, § <br> as Broadcast Licensee of the May 2, § <br> 2015 Floyd Mayweather, Jr. v. § <br> Manny Pacquiao § <br> "The Fight of the Century" § <br> Championship Fight Program § <br> § <br> v. § <br> § <br> JAMES E. KIRKPATRICK, individually, § <br> and d/b/a ANCHOR UP, and d/b/a ANCHOR § <br> UP CLUB, and d/b/a ANCHOR'S UP BAR, § <br> and d/b/a ANCHOR UP ISLAND SHUTTLE § | Civil Action No.  4:18cv310 <br> Judge Mazzant |

## ORDER RESETTING TRIAL

General Order 20-03, <u>Court Operations Under Exigent Circumstances Created by the COVID-19 Pandemic</u>, was entered in this District on this March 16, 2020, continuing all jury trials scheduled through May 1, 2020.  Out of an abundance of caution, the Court hereby RESETS the Final Pretrial Conference and Bench Trial of this case, as follows:

| EVENTS | DEADLINES |
|---|---|
| **Final Pretrial Conference** | **1:30 p.m.** on **Thursday, June 11, 2020,** at the Paul Brown United States Courthouse, 101 E. Pecan Street, Room 208, Sherman, Texas 75090 |
| **Bench Trial** | **9:00 a.m.** on **Friday, June 12, 2020** |

IT IS SO ORDERED.

SIGNED this 8th day of April, 2020.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE